■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAUN SIMMONS, Appellant. [10 NYS3d 426]—Order, Supreme

Court, New York County (Richard D. Carruthers, J.), entered on or about December 18, 2013, which adjudicated defendant a level one sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion in denying defendant's request for an exemption from sex offender registration for his conviction of unlawful surveillance under Penal Law § 250.45 (3). Although an exemption for such a conviction may be available if "registration would be unduly harsh and inappropriate" (Correction Law § 168-a [2] [e]), defendant has not made such a showing. The circumstances of the surveillance were repulsive, and they raise concerns about defendant's character and potential for recidivism. Furthermore, he has an extensive criminal record including crimes of violence. Concur—Mazzarelli, J.P., Sweeny, Andrias, Saxe and Richter, JJ.